UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| EDUARDO OROZCO AMADOR, | ) | |
| | ) | CASE NO. C14-0577-RSM-MAT |
| Petitioner, | ) | |
| | ) | |
| v. | ) | REPORT AND RECOMMENDATION |
| | ) | |
| NATALIE ASHER, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

Petitioner is a citizen of Mexico who has been in immigration detention since November 13, 2013. Dkt. 1 at 3. During this time, he has not been afforded a bond hearing. *Id.* at 2. Through counsel, petitioner filed a habeas corpus petition pursuant to 28 U.S.C. § 2241, as well as a motion for preliminary injunction. *See* Dkts. 1 and 2. He seeks a bond hearing before an immigration judge. *See* Dkt. 1 at 10.

The government has responded to the petition and moved the Court to issue an order remanding this matter to the Executive Office for Immigration Review ("EIOR") to hold a bond hearing under 8 U.S.C. § 1226(a) within thirty (30) days of the date of the Court's order. Dkt. 9.

REPORT AND RECOMMENDATION
PAGE -1

01     Based on the foregoing, the Court recommends: (1) granting the government's motion
02 for issuance of an order remanding the matter to the EOIR, Dkt. 9; (2) ordering EOIR to hold a
03 bond hearing for petitioner pursuant to 8 U.S.C. § 1226(a) within thirty (30) days of the date of
04 the Court's order; and (3) dismissing petitioner's habeas petition, Dkt. 1, and motion for
05 preliminary injunction, Dkt. 2, as moot. A proposed order accompanies this Report and
06 Recommendation.

07     DATED this 27th day of May, 2014.

                                            Mary Alice Theiler
                                            Chief United States Magistrate Judge