UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDUARDO OROZCO AMADOR, | ) |
| | ) CASE NO. C14-0577-RSM |
| Petitioner, | ) |
| | ) |
| v. | ) ORDER OF DISMISSAL |
| | ) |
| NATALIE ASHER, et al., | ) |
| | ) |
| Respondents. | ) |
| _____ | ) |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. The government's motion for issuance of an order remanding the matter to the Executive Office for Immigration Review, Dkt. 9, is GRANTED;

3. The Executive Office for Immigration Review is directed to hold a bond hearing for petitioner pursuant to 8 U.S.C. § 1226(a) within thirty (30) days of the date of this Order;

ORDER OF DISMISSAL
PAGE -1

4. Petitioner's habeas petition, Dkt. 1, and motion for preliminary injunction, Dkt. 2, are DISMISSED as moot; and

5. The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 29th day of May 2014.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE -2